**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00122-KDB-SCR**

| | |
|---|---|
| **D. K.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **EQUIFAX INFORMATION SERVICES,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |

       **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jibril A. Greene]" (Doc. No. 10) filed June 14, 2024.  For the reasons set forth therein, the Motion will be <u>granted</u>.

       The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell</u>.

       **SO ORDERED**.

Signed: June 14, 2024

Susan C. Rodriguez
United States Magistrate Judge